**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Lynn M Kowalski <br> <u>Debtor(s)</u> | CHAPTER 7 <br><br> BKY. NO. 17-70340 JAD |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC and index same on the master mailing list.

                                      Respectfully submitted,

                                      **/s/ James C. Warmbrodt, Esquire**
                                      James C. Warmbrodt, Esquire
                                      jwarmbrodt@kmllawgroup.com
                                      Attorney I.D. No. 42524
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106
                                      Phone: (215)-627-1322
                                      Attorney for Movant/Applicant