**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Lynn M. Kowalski** | Social Security number or ITIN  **xxx−xx−3890** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **17−70340−JAD** | | |

# Order of Discharge                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

  Lynn M. Kowalski

  8/16/17                                                                **By the court:**  Jeffery A. Deller
                                                                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                         Case No. 17-70340-JAD
Lynn M. Kowalski                                               Chapter 7
      Debtor
                               CERTIFICATE OF NOTICE
District/off: 0315-7          User: admin              Page 1 of 2         Date Rcvd: Aug 16, 2017
                              Form ID: 318             Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2017.
db             +Lynn M. Kowalski,    120 Krumenacker Lane,    Carrolltown, PA 15722-8806
14413521       +Equifax,    Disclosure Department,    PO Box 740241,    Atlanta, GA 30374-0241
14413522       +Experian,    PO Box 9701,    Allen, TX 75013-9701
14413523        First Bankcard,    PO Box 3331,    Omaha, NE 68103-0331
14413525      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage LLC,    350 Highland Drive,
                   Lewisville, TX   75067)
14415090       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14413527       +Theresa C. Homady, Esquire,    317 Union Street, Suite 105,    Hollidaysburg, PA 16648-2097
14413528       +Trans Union,    PO Box 1000,    Chester, PA 19022-1023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QJRWALSH.COM Aug 17 2017 01:38:00      James R. Walsh,
                 Spence, Custer,Saylor,Wolfe & Rose, LLC,    1067 Menoher Boulevard,    Johnstown, PA 15905-2545
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 17 2017 01:43:23       Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
14413516       +EDI: TSYS2.COM Aug 17 2017 01:38:00      Barclays Bank Delaware,    125 South West Street,
                 Wilmington, DE 19801-5014
14413517        E-mail/Text: cms-bk@cms-collect.com Aug 17 2017 01:43:07       Capital Management Services, LP,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
14413518        EDI: CAPITALONE.COM Aug 17 2017 01:38:00      Capital One Bank,    Bankruptcy Claims Servicer,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
14413519        EDI: WFNNB.COM Aug 17 2017 01:38:00      Comenity Bank,    Bankruptcy Department,    PO Box 182273,
                 Columbus, OH 43218-2273
14413520        EDI: DISCOVER.COM Aug 17 2017 01:38:00      Discover Bank,    12 Reads Way,
                 New Castle, DE 19720
14413524       +E-mail/Text: bk@lendingclub.com Aug 17 2017 01:44:27       Lending Club Corporation,
                 71 Stevenson St., Ste 300,    San Francisco, CA 94105-2985
14413526        EDI: RMSC.COM Aug 17 2017 01:38:00      Synchrony Bank,    Attn: Bankruptcy Dept.,
                 PO Box 965060,    Orlando, FL 32896-5060
14413529       +E-mail/Text: JBRLANSKY@USSCOFCU.NET Aug 17 2017 01:44:49       USSCO Federal Credit Union,
                 522 Central Avenue,    Johnstown, PA 15902-2602
14413530       +EDI: WFFC.COM Aug 17 2017 01:38:00      Wells Fargo Financial Bank,    Attn: Bankruptcy,
                 PO Box 10438,    Des Moines, IA 50306-0438
                                                                                                TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              James R. Walsh    jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
               m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
```

```
District/off: 0315-7          User: admin              Page 2 of 2            Date Rcvd: Aug 16, 2017
                              Form ID: 318             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Theresa C  Homady    on behalf of Debtor Lynn M. Kowalski thomady1@msn.com,
      homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
                                                                                                               TOTAL: 4